Ethel MEFFERD, Appellant, v. STATE of Texas, Appellee.

No. 22880.

Court of Criminal Appeals of Texas.

May 31, 1944.

C. O. McMillan, of Stephenville, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for aggravated assault and battery. The punishment assessed is confinement in the county jail for a period of 90 days and a fine of $50.

Since perfecting her appeal, appellant has filed a written motion, duly verified, requesting the privilege of withdrawing the same. The motion is granted and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

James L. SIMPSON, Appellant, v. STATE of Texas, Appellee.

No. 22908.

Court of Criminal Appeals of Texas.

May 31, 1944.

Henry O'Dell and Randolph Pierson, both of Galveston, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a penalty of 25 years in the penitentiary upon a charge of murder.

Upon proper application, the appeal is withdrawn.

Johnnie WILLIAMS, alias Nigger Red, Richard Jones, Homer Skeeters and H. N. Martin, Appellants, v. STATE of Texas, Appellee.

No. 22912.

Court of Criminal Appeals of Texas.

May 31, 1944.

Conrad E. Smith, of Houston, for appellants.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The conviction is for aggravated assault and battery. Appellants Johnnie Williams, alias Nigger Red, and H. N. Martin were assessed punishment at imprisonment in the county jail for 1½ years; Richard Jones was assessed 1 year's imprisonment in the county jail; and Homer Skeeters was sentenced to serve 6 months in the county jail.

Since perfecting their appeal, these appellants have filed a written motion, duly verified, asking that their appeal be withdrawn. The motion is granted and the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.